724 A.2d 795

IN THE MATTER OF JAMES R. PICCIANO,
AN ATTORNEY AT LAW.

March 11, 1999.

### ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–11(a) seeking the immediate temporary suspension from practice of **JAMES R. PICCIANO** of **HADDON HEIGHTS,** who was admitted to the bar of this State in 1972, and good cause appearing;

It is ORDERED that **JAMES R. PICCIANO** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JAMES R. PICCIANO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JAMES R. PICCIANO** comply with *Rule* 1:20–20 dealing with suspended attorneys.